UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LINDA JARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil File No. 04-672 MJD/SRN<br><br><br><br>**ORDER** |

William Plummer, Esq., for Plaintiff

Lonnie F Bryan, Assistant United States Attorney, for Defendant

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 7, 2005.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    **IT IS HEREBY ORDERED that**:

1. Defendant's Motion for Summary Judgment (Docket No. 16) is **DENIED**;

2. Plaintiff's Motion for Summary Judgment (Docket No. 15) is **GRANTED** as set forth in the Report and Recommendation; and

3. This matter is remanded to the Social Security Administration for further proceedings to address the errors enumerated in the Report and Recommendation.

DATED: July 29, 2005                                         s/ Michael J. Davis
                                                                               MICHAEL J. DAVIS
                                                                               United States District Court Judge